Decided May 21, 1992

STATE OF CONNECTICUT *v.* DOUGLAS W. BUSTER

The defendant's petition for certification for appeal from the Appellate Court, 27 Conn. App. 263, is granted, limited to the following questions:

"1. Was the Appellate Court correct in holding that the trial court properly admitted into evidence certain remarks attributed to a nonparty witness contained in the written statement of another witness, pursuant to

*State* v. *Whelan,* 200 Conn. 743, 514 A.2d 86, cert. denied, 479 U.S. 994, 107 S. Ct. 597, 93 L. Ed. 2d 598 (1986)?

"2. If the ruling was erroneous, was it harmful?"

*Michael A. Fitzpatrick,* special public defender, in support of the petition.

*Richard F. Jacobson,* assistant state's attorney, in opposition.

Decided May 21, 1992